STEPHEN L. SCHIRLE (#96085)
BARBARA J. DAMLOS (#118201)
77 Beale Street, B30A
San Francisco, CA  94105

<u>Direct correspondence to:</u>
BARBARA J. DAMLOS
P.O. Box 7442
San Francisco, CA  94120
Telephone: (415) 973-7136

Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KANT MUCHHALA and CAROLYN MUCHHALA,<br><br>              Plaintiffs,<br><br>      v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, et al.,<br><br>              Defendants. | No.  1:05 CV-00863-REC-DLB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PACIFIC GAS & ELECTRIC COMPANY TO FILE RESPONSIVE PLEADING TO COMPLAINT |

      Defendant PACIFIC ELECTRIC & GAS COMPANY, and Plaintiffs KANT MUCHHALA and CAROLYN MUCHHALA, by and through their respective counsel of record hereby stipulate as follows:

      1.    The parties stipulate to, and request the Court to issue an order extending the deadline for Defendant PACIFIC ELECTRIC & GAS COMPANY to file a responsive pleading to Plaintiffs' complaint from August 1, 2005 to August 29, 2005, while the parties pursue

/ / /

/ / /

/ / /

discussions concerning the appropriateness of a dismissal of Defendant PACIFIC ELECTRIC & GAS COMPANY from this action.

**IT IS SO STIPULATED.**

Dated: _____                    STEPHEN L. SCHIRLE
                                            BARBARA J. DAMLOS


                                            By: /s/ BARBARA J. DAMLOS
                                                BARBARA J. DAMLOS

                                            Attorneys for Defendant
                                            PACIFIC ELECTRIC & GAS COMPANY

Dated: _____                  MILES, SEARS & EANNI


                                            By: /s/ DOUGLAS L. GORDON
                                                DOUGLAS L. GORDON

                                            Attorneys for Plaintiffs
                                            KANT MUCHHALA and
                                            CAROLYN MUCHHALA

**ORDER**

   Based on the foregoing Stipulation of the Parties,

   **IT IS SO ORDERED** that the deadline for Defendant PACIFIC ELECTRIC & GAS COMPANY to file its responsive pleading to Plaintiffs' complaint is extended to August 29, 2005.

Dated:  July 29, 2005                       ___/s/ **Dennis L. Beck**_____
                                            MAJISTRATE JUDGE
                                            U.S. EASTERN DISTRICT COURT

- 2 -     Case No.:1:05-CV-00863-REC-DLB