IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROLYN MUCHHALA, | ) | **Old Case No.** |
| | ) | **CV-F-05-0863 REC DLB** |
| | ) | **New Case No.** |
| | ) | **CV-F-05-0863 REC LJO** |
| | ) | |
| | ) | ORDER DISQUALIFYING |
| | ) | MAGISTRATE JUDGE AND |
| Plaintiffs, | ) | REASSIGNING ACTION |
| | ) | TO ANOTHER MAGISTRATE |
| vs. | ) | JUDGE |
| | ) | |
| UNTIED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.

**The new case number shall be CV-F-05-0863 REC LJO. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in**

///

///

1

1  **your documents being received by the correct judicial officer.**

3       IT IS SO ORDERED.

4     **Dated:   September 22, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE

2