McGREGOR W. SCOTT
United States Attorney
Eastern District of California
KRISTI C. KAPETAN
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Fax: (559) 497-4099

Attorneys for defendant THE UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANT MUCHHALA, et. Al., ) | CV-F-05-0863 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE PRETRIAL |
| ) | DATES AND ORDER THEREON |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant United States of America, acting through counsel, and plaintiffs Kant Muchhala, et. al., acting through counsel, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action;

2. Due to unavailability of counsel for the Defendant on the date currently set for the pretrial conference in this matter, the parties agree to the following adjustment to the scheduling order in effect in this matter:

|  | Existing Date | Proposed Date |
|---|---|---|
| Pretrial Conference Stm. | August 10, 2006 | August 17, 2006 |

1

| | | |
|---|---|---|
| Pre-trial conf. | August 24, 2006 | August 31, 2006 |

All other dates will remain the same.

                                            Respectfully submitted,

Dated: June 30, 2006                      McGREGOR W. SCOTT
                                            United States Attorney

                                      By:  /s/ Kristi C. Kapetan
                                                   KRISTI C. KAPETAN
                                                   Assistant U.S. Attorney
                                                   Attorneys for defendant
                                                   UNITED STATES OF AMERICA

Dated: June 30, 2006                      Miles, Sears & Eanni
                                              Douglas L. Gordon

                                      By:  /s/ Douglas Gordon
                                                 DOUGLAS GORDON
                                                 Attorney for Plaintiffs
                                                 KANT MUCHHALA, et. al.

## ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

IT IS SO ORDERED.

**Dated:   June 30, 2006**                    **/s/ Lawrence J. O'Neill**
66h44d                                        UNITED STATES MAGISTRATE JUDGE